NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCOTT HAAS, DOC# S18655,                    )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D16-2179
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed March 14, 2018.

Appeal from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Kathleen D. Kirwin of Kirwin Law, Sarasota,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.